IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| Dr. David Simai,<br>on behalf of plaintiff and the class defined herein<br><br>   Plaintiff,<br><br>  v.<br><br>Everidis Health Sciences, LLC, and John Does 1-10<br><br>   Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.: 2:18-cv-04577-SJF-ARL<br><br>**NOTICE OF DISMISSAL** |

  Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Dr. David Simai, by and through his undersigned counsel, voluntarily dismisses his individual and class claims against Defendants Everidis Health Sciences, LLC and John Does 1-10, without prejudice, with each party to bear their own costs.


Respectfully submitted,


/s/ Tiffany N. Hardy
Tiffany N. Hardy

Counsel for Plaintiff

EDELMAN, COMBS, LATTURNER &
GOODWIN, LLC
20 S. Clark St, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

Adam J. Fishbein
735 Central Avenue
Woodmere, NY 11598
(516) 668-6945
fishbeinadamj@gmail.com

## CERTIFICATE OF SERVICE

I, Tiffany N. Hardy, certify that on Friday, September 7, 2018, a copy of this document was served upon counsel for the defendant via U.S. Mail and E-Mail:

Peter A. Arhangelsky
EMORD & ASSOCIATES, P.C.
2730 S. Val Vista Dr.
Building 6, Suite 133
Gilbert, AZ 85295
parhangelsky@emord.com

      Respectfully submitted,

      s/Tiffany N. Hardy
      Tiffany N. Hardy

EDELMAN, COMBS,
LATTURNER & GOODWIN, LLC
20 S. Clark St, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)