F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ SEP 10 2018 ★

LONG ISLAND OFFICE

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Dr. David Simai, on behalf of plaintiff and the class defined herein, <br><br> Plaintiff, <br><br> v. <br><br> Everidis Health Sciences, LLC, and John Does 1-10 <br><br> Defendant. | Case No.: 2:18-cv-04577-SJF-ARL <br><br> **NOTICE OF DISMISSAL** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Dr. David Simai, by and through his undersigned counsel, voluntarily dismisses his individual and class claims against Defendants Everidis Health Sciences, LLC and John Does 1-10, without prejudice, with each party to bear their own costs.

Respectfully submitted,


/s/ Tiffany N. Hardy
Tiffany N. Hardy

Counsel for Plaintiff

EDELMAN, COMBS, LATTURNER &
GOODWIN, LLC
20 S. Clark St, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

Adam J. Fishbein
735 Central Avenue
Woodmere, NY 11598
(516) 668-6945
fishbeinadamj@gmail.com

*The Clerk of the Court shall close this case.*
*So Ordered.*
*9/10/18*

*s/ Sandra J. Feuerstein*
*U.S.D.J.*